BEATRICE ZAVORSKAS *v.* JOSE SALINAS,
COMMISSIONER OF MOTOR VEHICLES
(AC 18269)

O'Connell, C. J., and Landau and Sullivan, Js.

Submitted on briefs May 4—officially released June 1, 1999

Per Curiam. The judgment is affirmed.

KENNETH F. LEMOINE, JR. *v.* COMMISSIONER OF
CORRECTION ET AL.
(AC 18391)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs May 4—officially released June 1, 1999

Per Curiam. The judgment is affirmed.

MARILYN WROBLINSKI *v.* DEPARTMENT OF
MOTOR VEHICLES
(AC 18282)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs May 4—officially released June 1, 1999

Per Curiam. The judgment is affirmed.